1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DARYL T. EREMIN (TXBN 24012593)
   Special Assistant United States Attorney
5     450 Golden Gate Avenue
      San Francisco, California  94102
6     Telephone: (415) 522-6031
      Facsimile: (415) 436-7234
7     E-Mail: Daryl.Eremin@usdoj.gov

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

   UNITED STATES OF AMERICA,            )   Criminal No. CR 09-0763 CRB
13                                       )
           Plaintiff,                    )
14                                       )
       v.                                )   [PROPOSED] ORDER AND
15                                       )   STIPULATION EXCLUDING TIME
   FELIX DOMINGO MOTA-GONZALEZ,          )   FROM JULY 29, 2009, TO SEPTEMBER
16     a/k/a Juan Felix Mota-Gonzalez,   )   2, 2009
       a/k/a Juan Hernandez-Garcia,      )
17     a/k/a Domingo Mota-Gonzales,      )
       a/k/a Ismael Casada,              )
18     a/k/a Antonio Bello, and          )
       a/k/a Miguel Hernandez,           )
19                                       )
           Defendant.                    )
20                                       )
                                         )
21

22        The parties appeared before the Honorable Edward M. Chen on July 29, 2009.  With

23  the agreement of counsel for both parties, the Court found and held as follows:

24        1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

25  3161, from July 29, 2009, to September 2, 2009, in light of the need for defendant's counsel to

26  review discovery.  Failure to grant the requested continuance would unreasonably deny defense

27  counsel reasonable time necessary for effective preparation, taking into account the exercise of

28  [PROPOSED] ORDER AND
   STIPULATION EXCLUDING TIME
   CR 09-0763 CRB

due diligence and the need for counsel to review the discovery with the defendant.  18 U.S.C. §

3161(h)(7)(B)(iv).

2.  Given these circumstances, the Court found that the ends of justice served by

excluding the period from July 29, 2009, to September 2, 2009, outweigh the best interest of the

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3.  Accordingly, and with the consent of the defendant, the Court ordered that the period

from July 29, 2009, to September 2, 2009, be excluded from Speedy Trial Act calculations under

18 U.S.C. § 3161(h)(7)(A) & (B)(iv).


IT IS SO STIPULATED.

DATED: July 31, 2009                          _____/s/_____
                                              LOREN STEWART
                                              Counsel for Felix Mota-Gonzalez


DATED: July 31, 2009                          _____/s/_____
                                              DARYL T. EREMIN
                                              Special Assistant United States Attorney


IT IS SO ORDERED.


DATED:_____



TH[...]
United[...]
Judge Charles R. Breyer


[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0763 CRB                      2